# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, N Y 11722

DOUGLAS C. PALMER, CLERK of COURT  www.nyed.uscourts.gov
CAROL McMAHON, CHIEF DEPUTY FOR L.I.

July 1, 2015

Claude Lawrence
193 Belmont Blvd.
Elmont, NY 11003

Re: 15-CV-3748  (JMA)(GRB)

Dear *Pro Se* Litigant:

    This will acknowledge receipt of your civil action, docketed under the above number.  Please be advised of the following:

-it is your responsibility to ensure that documents filed with this Court comply with the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of New York, and the Judges' Individual Practice Rules.  The Local Rules and the Judges' Individual Practice Rules are available at www.nyed.uscourts.gov ;

-if you paid the filing fee, it is your responsibility to serve the summons and complaint upon the defendant(s) pursuant to Fed. R. Civ. P. 4.  Instructions for service are available on our website;

-documents submitted for filing should be <u>unbound</u> originals and must contain your signature, case number, name of case and assigned judge(s);

-documents submitted for filing shall not include personal information i.e. social security number, birth date, name of minor children, financial account number, etc..  <u>See</u> Fed. R. Civ. P. 5.2;

-you must serve all papers filed with the court on opposing counsel and an affidavit or affirmation of service must be included with all documents filed with the court;

-all documents should be sent to the *Pro Se* Office at the above address. DO NOT send any paperwork directly to chambers unless directed to do so by the judge;

-it is your duty to prosecute your case, and to keep this office informed of a current mailing address. Failure to do so may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b);

-if you are NOT incarcerated, and have access to a computer, and would like to receive electronic notification of filings in lieu of a mailed hard copy, please submit the enclosed consent form;

-a Rule 73 Notice and form are also enclosed. DO NOT return this form to the Court unless and until <u>all</u> plaintiffs and <u>all</u> defendants have signed the consent form. <u>See</u> Fed. R. Civ. P. 73.

    If you have any questions or require further assistance, please visit our website, or write the *Pro Se* Office at the address above, or call at (631)712-6060.

<u>PRO SE</u> OFFICE
By: <u>/s/ C.Vukovich</u>

enc.